1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
2  Sharon R. Lewis, Esq.  SB# 145340
One Sansome Street, Suite 1400
3  San Francisco, California 94104
Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendant
AMCO INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

11 EMMANUEL GOMEZ,                        )  CASE NO.  1:08-CV-00724-LJO-DLB
                                          )
12              Plaintiff,                )
                                          )  **ORDER ON STIPULATION OF**
13         v.                             )  **DISMISSAL WITHOUT PREJUDICE**
                                          )
14 AMCO INSURANCE COMPANY,                )  [Fed. R. Civ. P. 41(a)]
   ALLIED INSURANCE COMPANY,              )
15 ALLIED PROPERTY AND CASUALTY           )  Action filed:      June 13, 2007
   INSURANCE COMPANY, NATIONWIDE          )
16 INSURANCE COMPANY, and DOES 1          )
   through 50, inclusive,                 )
17                                        )
                Defendants.               )
18 _____)

19                          ORDER

20         IT IS ORDERED, pursuant to the Stipulation of Dismissal without Prejudice executed by

21 plaintiff and defendant, AMCO Insurance Company, that:

22         1.    Plaintiff's complaint is hereby dismissed, without prejudice, against AMCO

23 Insurance Company, Allied Insurance Company, and Nationwide Insurance Company.

24 IT IS SO ORDERED.

25 **Dated:   August 26, 2008**           _____/s/ Lawrence J. O'Neill_____
                                          UNITED STATES DISTRICT JUDGE

4828-6426-3170.1                          -1-
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO.: 1:08-CV-00724-LIO-DLB