UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL GOMEZ,<br><br>        Plaintiff,<br>   vs.<br><br>AMCO INSURANCE COMPANY, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. CV F 08-0724 LJO DLB<br><br>**ORDER AFTER SETTLEMENT** |

    Defense counsel has informed this Court that settlement of this action has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than January 9, 2009, to file papers to dismiss this action in its entirety.

    This Court VACATES all court dates and pending matters, including the January 20, 2009 scheduling conference.

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

    IT IS SO ORDERED.

**Dated:   December 2, 2008**                    **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE