1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
2  Sharon R. Lewis, Esq.  SB# 145340
One Sansome Street, Suite 1400
3  San Francisco, California 94104
Telephone:    (415) 362-2580
4  Facsimile:    (415) 434-0882

5  Attorneys for Defendant
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  EMMANUEL GOMEZ,                          ) CASE NO.  1:08-CV-00724-LJO-DLB
                                             )
12             Plaintiff,                     ) **STIPULATION AND ORDER OF**
                                             ) **DISMISSAL OF ENTIRE ACTION WITH**
13        v.                                  ) **PREJUDICE**
                                             )
14  AMCO INSURANCE COMPANY,                   )
    ALLIED INSURANCE COMPANY,                 )
15  ALLIED PROPERTY AND CASUALTY              )
    INSURANCE COMPANY, NATIONWIDE             )
16  INSURANCE COMPANY, and DOES 1             )
    through 50, inclusive,                    )
17                                            )
               Defendants.                    )
18  _____ )

19        Plaintiff, Emmanuel Gomez, and defendant, Allied Property and Casualty Insurance

20  Company, by and through its undersigned attorneys of record, hereby stipulate to the dismissal of

21  the above-captioned action with prejudice, and request that this Court enter an order dismissing

22  this entire action with prejudice, each side to bear its own costs.

23                                    Respectfully submitted,

24  Dated:  December ____, 2008

25

26                                    By /s/_____
                                            Emmanuel Gomez
27

28

4819-0798-0803.1                        -1-

STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO.: 1:08-CV-00724-LJO-DLB

1   Dated:  December ____, 2008            LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3                                          By___/s/_____
                                              Julian J. Pardini
4                                             Sharon R. Lewis
                                              Attorneys for Defendant,
5                                             Allied Property and Casualty Insurance Company

6

7                                          ORDER

8

9         Based on the parties' stipulation and good cause, this COURT DISMISSES this action with

10  prejudice and DIRECTS the clerk to close this action.

11        IT IS SO ORDERED.

12  **Dated:   January 8, 2009**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20
LEWIS BRISBOIS BISGAARD & SMITH LLP
     ONE SANSOME STREET, SUITE 1400
21

22

23

24

25

26

27

28

4819-0798-0803.1                            -2-
STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO.: 1:08-CV-00724-LJO-DLB